# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-2369

_____

Rebecca Smith, on her own behalf and on behalf of all others similarly situated; Cristine M. Ghanim, individually and on behalf of all others similarly situated

Plaintiffs - Appellants

v.

UnitedHealth Group Inc.; United HealthCare Services, Inc.; United HealthCare Insurance Company; United Medical Resources; United Healthcare Service LLC; Doe Defendants, 1-10

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of Minnesota
(0:22-cv-01658-NEB)

_____

## JUDGMENT

Before COLLOTON, Chief Judge, ERICKSON, and KOBES, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

July 08, 2024

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Maureen W. Gornik